







From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

Here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/9/2021 1:37:09 AM(UTC+0) | |

**Status:** Read

11/9/2021 1:24:01 AM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDBE75F (Table: message, handle; Size: 105889792 bytes)

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

**Attachments:**

Title: CL.loc.vcf
Size: 211
File name: ~/Library/SMS/Attachments/20/00/74CA60C8-334E-4B05-98B9-276EC2DBB9D4/CL.loc.vcf
~/Library/SMS/Attachments/20/00/74CA60C8-334E-4B05-98B9-276EC2DBB9D4/CL.loc.vcf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/9/2021 1:37:09 AM(UTC+0) | |

**Status:** Read

11/9/2021 1:24:10 AM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDBE576 (Table: message, handle, attachment; Size: 105889792 bytes)
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/20/00/74CA60C8-334E-4B05-98B9-276EC2DBB9D4/CL.loc.vcf : (Size: 211 bytes)

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

How ever many he get put extra $50 on it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/9/2021 9:12:36 PM(UTC+0) | |

**Status:** Read

11/9/2021 9:11:38 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDC27B6 (Table: message, handle; Size: 105889792 bytes)

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks

Put a extra $50 on who

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/9/2021 9:12:56 PM(UTC+0) | | |

**Status:** Sent

11/9/2021 9:12:54 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDC3F8D (Table: message, handle; Size: 105889792 bytes)

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks

On what

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/9/2021 9:13:12 PM(UTC+0) | | |

**Status:** Sent

11/9/2021 9:13:12 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDC39AE (Table: message, handle; Size: 105889792 bytes)

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

You said you folk want a few toys , whatever he get put a extra $50 like you said ima already takin risk they in my name

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/9/2021 9:18:24 PM(UTC+0) | |

**Status:** Read

11/9/2021 9:16:22 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDC3790 (Table: message, handle; Size: 105889792 bytes)

GOVERNMENT EXHIBIT
A
1:24-CR-094-ELR
PENGAD 800-631-6989

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks

You good Twin I ain't going to sell them nothing I'm fina just get me a Glock and I'll give you $50 for doing it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/9/2021 9:19:28 PM(UTC+0) | | |

**Status:** Sent

11/9/2021 9:19:26 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDC4A5C (Table: message, handle; Size: 105889792 bytes)

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks

I'm going to just get me 1 to put my switch on

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/9/2021 9:20:15 PM(UTC+0) | | |

**Status:** Sent

11/9/2021 9:20:15 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDC438C (Table: message, handle; Size: 105889792 bytes)

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

You ain't trippin  on you you good , but we got already 30 out got to make it worth it if shit hit , bout to leave in 15

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/9/2021 9:21:22 PM(UTC+0) | |

**Status:** Read

11/9/2021 9:21:21 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDC5D27 (Table: message, handle; Size: 105889792 bytes)

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks

Yeah I know that's why I ain't really tryna grab all them

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/9/2021 9:21:51 PM(UTC+0) | | |

**Status:** Sent

11/9/2021 9:21:50 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDC5A5D (Table: message, handle; Size: 105889792 bytes)

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks

I'll call him once we get there make him cash app the money before we do anything

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/9/2021 9:22:28 PM(UTC+0) | | |

**Status:** Sent

11/9/2021 9:22:27 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDC57DC (Table: message, handle; Size: 105889792 bytes)

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

Aight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/9/2021 9:22:55 PM(UTC +0) | |

**Status:** Read

11/9/2021 9:22:55 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDC5525 (Table: message, handle; Size: 105889792 bytes)

**Page 36:**

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks
I'm not spending my money

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/9/2021 9:22:56 PM(UTC+0) | | |

Status: Sent

11/9/2021 9:22:56 PM(UTC+0)

Source Info: 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDC5344 (Table: message, handle; Size: 105889792 bytes)

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks
If they want them they'll send the money

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/9/2021 9:23:16 PM(UTC+0) | | |

Status: Sent

11/9/2021 9:23:15 PM(UTC+0)

Source Info: 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDC6F8D (Table: message, handle; Size: 105889792 bytes)

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)
Facts omw

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/9/2021 11:06:13 PM(UTC+0) | |

Status: Read

11/9/2021 9:34:21 PM(UTC+0)

Source Info: 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDC6D29 (Table: message, handle; Size: 105889792 bytes)

**Page 37:**

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)
Only 2 g2 left

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/10/2021 1:39:25 AM(UTC+0) | |

Status: Read

11/10/2021 1:39:12 AM(UTC+0)

Source Info: 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDCCB51 (Table: message, handle; Size: 105889792 bytes)

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks
Get them

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/10/2021 1:39:32 AM(UTC+0) | | |

Status: Sent

11/10/2021 1:39:32 AM(UTC+0)

Source Info: 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDCC95E (Table: message, handle; Size: 105889792 bytes)

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)
No 23

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/10/2021 1:39:42 AM(UTC+0) | |

Status: Read

11/10/2021 1:39:42 AM(UTC+0)

Source Info: 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDCC73E (Table: message, handle; Size: 105889792 bytes)




**Message 1 (left):**
From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)
Only 48
19
43 x
Participant: +14704491962
Read: 11/10/2021 1:42:04 AM(UTC+0)
Status: Read
11/10/2021 1:42:04 AM(UTC+0)
Source Info: 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDCC555 (Table: message, handle; Size: 105889792 bytes)

**Message 2 (left):**
From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)
19x
Participant: +14704491962
Read: 11/10/2021 1:43:41 AM(UTC+0)
Status: Read
11/10/2021 1:43:41 AM(UTC+0)
Source Info: 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDCC354 (Table: message, handle; Size: 105889792 bytes)

**Message 3 (left):**
From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)
Which one you want
Participant: +14704491962
Read: 11/10/2021 1:45:17 AM(UTC+0)
Status: Read
11/10/2021 1:45:17 AM(UTC+0)
Source Info: 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDCDF83 (Table: message, handle; Size: 105889792 bytes)

**Message 4 (right):**
From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)
? 48 for 479
19 469
Participant: +14704491962
Read: 11/10/2021 1:46:28 AM(UTC+0)
Status: Read
11/10/2021 1:46:27 AM(UTC+0)
Source Info: 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDCDD7E (Table: message, handle; Size: 105889792 bytes)

**Message 5 (right):**
From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)
You wanted the 19
Participant: +14704491962
Read: 11/11/2021 1:50:37 AM(UTC+0)
Status: Read
11/10/2021 1:50:08 AM(UTC+0)
Source Info: 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDCDB75 (Table: message, handle; Size: 105889792 bytes)

**Message 6 (right):**
From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)
The g3 only 60 dollars profit
Participant: +14704491962
Read: 11/11/2021 1:50:37 AM(UTC+0)
Status: Read
11/10/2021 1:58:11 AM(UTC+0)
Source Info: 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDCD972 (Table: message, handle; Size: 105889792 bytes)







From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

At the spot

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +14704491962 | | 11/11/2021 1:50:37 AM(UTC+0) | |

**Status:** Read

11/11/2021 1:44:17 AM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDD73E9 (Table: message, handle; Size: 105889792 bytes)

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks

Location bro

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +14042325249 Josh Hot Folks | 11/11/2021 1:52:40 AM(UTC+0) | | |

**Status:** Sent

11/11/2021 1:52:39 AM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDD71FC (Table: message, handle; Size: 105889792 bytes)

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks

I'm in the neighborhood

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +14042325249 Josh Hot Folks | 11/11/2021 1:52:45 AM(UTC+0) | | |

**Status:** Sent

11/11/2021 1:52:45 AM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDD8F8D (Table: message, handle; Size: 105889792 bytes)

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

**Attachments:**

Title: CL.loc.vcf
Size: 211
File name: ~/Library/SMS/Attachments/43/03/17398575-AFFB-4E18-A1F9-9E86586C9A00/CL.loc.vcf
~/Library/SMS/Attachments/43/03/17398575-AFFB-4E18-A1F9-9E86586C9A00/CL.loc.vcf

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +14704491962 | | 11/11/2021 1:54:23 AM(UTC+0) | |

**Status:** Read

11/11/2021 1:54:21 AM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDD8D4B (Table: message, handle, attachment; Size: 105889792 bytes)
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/43/03/17398575-AFFB-4E18-A1F9-9E86586C9A00/CL.loc.vcf : (Size: 211 bytes)

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

Ima chop it up with ya when you pull

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +14704491962 | | 11/11/2021 1:54:29 AM(UTC+0) | |

**Status:** Read

11/11/2021 1:54:29 AM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDD8ADE (Table: message, handle; Size: 105889792 bytes)

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks

Outside

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +14042325249 Josh Hot Folks | 11/11/2021 2:04:04 AM(UTC+0) | | |

**Status:** Sent

11/11/2021 2:04:02 AM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDD88BF (Table: message, handle; Size: 105889792 bytes)

**From:** +14042325249 Josh Hot Folks
**To:** +14704491962 (owner)

Bet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/11/2021 2:04:32 AM(UTC+0) | |

**Status:** Read

11/11/2021 2:04:32 AM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDD86A1 (Table: message, handle; Size: 105889792 bytes)

---

**From:** +14704491962 (owner)
**To:** +14042325249 Josh Hot Folks

Grab me that 48 with double shoot not the the single

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/11/2021 11:38:52 PM(UTC+0) | | |

**Status:** Sent

11/11/2021 11:38:51 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDB62B (Table: message, handle; Size: 105889792 bytes)

---

**From:** +14042325249 Josh Hot Folks
**To:** +14704491962 (owner)

19 g5
Or 26 g 5

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/11/2021 11:42:44 PM(UTC+0) | |

**Status:** Read

11/11/2021 11:42:38 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDB3B3 (Table: message, handle; Size: 105889792 bytes)

---

**From:** +14704491962 (owner)
**To:** +14042325249 Josh Hot Folks

26

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/11/2021 11:42:47 PM(UTC+0) | | |

**Status:** Sent

11/11/2021 11:42:46 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDB1BE (Table: message, handle; Size: 105889792 bytes)

---

**From:** +14704491962 (owner)
**To:** +14042325249 Josh Hot Folks

Nd see if you have enough

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/11/2021 11:43:14 PM(UTC+0) | | |

**Status:** Sent

11/11/2021 11:43:14 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDCF8D (Table: message, handle; Size: 105889792 bytes)

---

**From:** +14042325249 Josh Hot Folks
**To:** +14704491962 (owner)

26 new 577

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/11/2021 11:44:33 PM(UTC+0) | |

**Status:** Read

11/11/2021 11:44:21 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDCD4B (Table: message, handle; Size: 105889792 bytes)

42

43

> From: +14704491962 (owner)
> To: +14042325249 Josh Hot Folks
> Ok what are you short
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | +14042325249 Josh Hot Folks | 11/11/2021 11:44:46 PM(UTC+0) | | |
>
> **Status:** Sent
>
> 11/11/2021 11:44:46 PM(UTC+0)
>
> Source Info:
> 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDCB62 (Table: message, handle; Size: 105889792 bytes)

< From: +14042325249 Josh Hot Folks
< To: +14704491962 (owner)
< 26 used 517
<
< | Participant | Delivered | Read | Played |
< |---|---|---|---|
< | +14704491962 | | 11/11/2021 11:44:51 PM(UTC+0) | |
<
< **Status:** Read
<
< 11/11/2021 11:44:50 PM(UTC+0)
<
< Source Info:
< 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDC928 (Table: message, handle; Size: 105889792 bytes)

> From: +14704491962 (owner)
> To: +14042325249 Josh Hot Folks
> Used 1 grab
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | +14042325249 Josh Hot Folks | 11/11/2021 11:45:02 PM(UTC+0) | | |
>
> **Status:** Sent
>
> 11/11/2021 11:45:01 PM(UTC+0)
>
> Source Info:
> 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDC73D (Table: message, handle; Size: 105889792 bytes)

> From: +14704491962 (owner)
> To: +14042325249 Josh Hot Folks
> Grab the used 1
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | +14042325249 Josh Hot Folks | 11/11/2021 11:45:18 PM(UTC+0) | | |
>
> **Status:** Sent
>
> 11/11/2021 11:45:17 PM(UTC+0)
>
> Source Info:
> 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDC521 (Table: message, handle; Size: 105889792 bytes)

> From: +14704491962 (owner)
> To: +14042325249 Josh Hot Folks
> I gotta go put some money on my card
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | +14042325249 Josh Hot Folks | 11/11/2021 11:45:30 PM(UTC+0) | | |
>
> **Status:** Sent
>
> 11/11/2021 11:45:30 PM(UTC+0)
>
> Source Info:
> 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDC2FD (Table: message, handle; Size: 105889792 bytes)

> From: +14704491962 (owner)
> To: +14042325249 Josh Hot Folks
> See how much you need right now
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | +14042325249 Josh Hot Folks | 11/11/2021 11:45:44 PM(UTC+0) | | |
>
> **Status:** Sent
>
> 11/11/2021 11:45:43 PM(UTC+0)
>
> Source Info:
> 00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDDF8D (Table: message, handle; Size: 105889792 bytes)






From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

I got enough

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/11/2021 11:49:33 PM(UTC+0) | |

**Status:** Read

11/11/2021 11:46:40 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDDD3F (Table: message, handle; Size: 105889792 bytes)

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

It's 517

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/11/2021 11:49:33 PM(UTC+0) | |

**Status:** Read

11/11/2021 11:46:59 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDDB46 (Table: message, handle; Size: 105889792 bytes)

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

I got enough just give me cash ion use the cash app

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/11/2021 11:49:33 PM(UTC+0) | |

**Status:** Read

11/11/2021 11:47:31 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDD951 (Table: message, handle; Size: 105889792 bytes)

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks

Bet I got you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/11/2021 11:49:41 PM(UTC+0) | | |

**Status:** Sent

11/11/2021 11:49:40 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDEF8D (Table: message, handle; Size: 105889792 bytes)

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

Aight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/11/2021 11:49:56 PM(UTC+0) | |

**Status:** Read

11/11/2021 11:49:56 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDED63 (Table: message, handle; Size: 105889792 bytes)

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks

Grab 1 of these for me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/11/2021 11:50:18 PM(UTC+0) | | |

**Status:** Sent

11/11/2021 11:50:16 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDEB82 (Table: message, handle; Size: 105889792 bytes)

From: +14704491962 (owner)
To: +14042325249 Josh Hot Folks

**Attachments:**

Title: 65836742239__5909DA06-C88B-449B-B760-38B5682C01F8.HEIC
Size: 1640569
File name: ~/Library/SMS/Attachments/db/11/AE13EB63-9F56-49E4-82D3-3D53EEE381E9/65836742239__5909DA06-C88B-449B-B760-38B5682C01F8.HEIC
~/Library/SMS/Attachments/db/11/AE13EB63-9F56-49E4-82D3-3D53EEE381E9/65836742239__5909DA06-C88B-449B-B760-38B5682C01F8.HEIC

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14042325249 Josh Hot Folks | 11/11/2021 11:52:04 PM(UTC+0) | | |

**Status:** Sent

11/11/2021 11:52:01 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDE950 (Table: message, attachment, handle; Size: 105889792 bytes)
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/db/11/AE13EB63-9F56-49E4-82D3-3D53EEE381E9/65836742239__5909DA06-C88B-449B-B760-38B5682C01F8.HEIC : (Size: 1640569 bytes)

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

Got it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/13/2021 4:13:13 AM(UTC+0) | |

**Status:** Read

11/11/2021 11:52:12 PM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDE6EA (Table: message, handle; Size: 105889792 bytes)

From: +14042325249 Josh Hot Folks
To: +14704491962 (owner)

538

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14704491962 | | 11/13/2021 4:13:13 AM(UTC+0) | |

**Status:** Read

11/12/2021 12:03:38 AM(UTC+0)

Source Info:
00008110-001819502107801E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xDDF216 (Table: message, handle; Size: 105889792 bytes)