# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ALVIN DEMAR,<br>BOP # 29940-510 | * <br> * | MOTION TO VACATE |
| | * | 28 U.S.C. § 2255 |
| Movant, | * | |
| | * | CRIMINAL ACTION NO. |
| v. | * | 24-CR-00094-JKL-1 |
| | * | |
| UNITED STATES OF AMERICA, | * | CIVIL ACTION NO. |
| | * | 25-CV-03950-JEM-ELR |
| Respondent. | * <br> * | |

_____

# O R D E R

_____

Movant Alvin Demar submitted what the Court has construed as a *pro se* motion to vacate his sentence pursuant to 28 U.S.C. §2255 in which he attempts to challenge his conviction and sentence in this Court. [Doc. 15.] Judge J. Elizabeth McBath recommends that Movant's § 2255 Motion be dismissed for failure to comply with the Court's Order and a Certificate of Appealability be denied as well. [Doc. 17.]

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C); Williams v Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and

therefore, the Court has reviewed the R&R for plain error. See <u>United States v Slay</u>, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 17] as the Opinion and Order of this Court.  For the reasons stated in the R&R, the Court **DISMISSES** Movant's § 2255 Motion [Doc. 15] for failure to comply with the Court's Order.   Additionally, the Court **DECLINES** to issue a certificate of appealability because after considering 28 U.S.C. § 2253(c)(2), the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.  The Court **DIRECTS** the Clerk to **CLOSE** the civil case associated with Petitioner's § 2255 Motion: Civil Action No. 25-CV-03950-ELR.

**SO ORDERED**, this 6th day of February, 2026.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia